[No. 29985-9-I.   Division One.   October 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN ROBERT MULLOY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-01176-6, Robert C. Bibb, J., entered January 13, 1992. *Reversed* by unpublished per curiam opinion.

[No. 30004-1-I.   Division One.   October 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES G. ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 91-1-00074-4, Alan R. Hancock, J., entered January 3, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 32173-1-I.   Division One.   October 4, 1993.]

THE DEPARTMENT OF LICENSING, *Respondent*, v. POLLY DEMMERT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-12879-9, Joan E. DuBuque, J., entered January 19, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 31528-5-I.   Division One.   October 4, 1993.]

W. JOSEPH MCEWEN, ET AL, *Respondents*, v. TIANJIN INDUSTRIES, LTD., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-18751-5, Stephen M. Gaddis, J. Pro Tem., entered September 4, 1992. *Affirmed* by unpublished per curiam opinion.